

1  DANIEL G. BOGDEN
   United States Attorney
2  J. GREGORY DAMM
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:10-CR-_____ |
| vs. | VIOLATIONS: |
| STANLEY ERIC MATHEWS, | 18 U.S.C. § 842(i)(1) - Felon in Possession of Explosives |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

On or about May 5, 2009, in the State and Federal District of Nevada,

**STANLEY ERIC MATHEWS,**

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: 1990, Nevada, Clark County District Court case #C96567 - Possession of a Controlled Substance (methamphetamine); 1998, Nevada, Clark County District Court case #C152790 - Ex-Felon in Possession of a Firearm; and, 2009, Nevada, Clark County District Court case #C207524 - Forgery; did knowingly possess twenty-eight sticks of dynamite, with original markings that read: GELAMITE 2-X Volume strength 45%, U.S. Pat. No. 1695144, 2314052, 2211735, Hercules Powder Company, Wilmington, Delaware, Danger, July 21, 1954; said possession of the aforementioned

explosive being in and affecting commerce.  All in violation of Title 18, United States Code, Section 842(i)(1).

DATED: this 28th of September, 2010.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

J. GREGORY DAMM
Assistant United States Attorney