DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-488-GMN-(PAL) |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FED.R.CRIM.P. 48(a) |
| vs. | |
| STANLEY ERIC MATHEWS, | **AND ORDER** |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files its GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FED.R.CRIM.P. 48(a). According to a State of California, Department of Public Health, Certification of Vital Record, Certificate of Death, dated 7/2/2010, from Apple Valley, San Bernardino County, with State File Number 3052010101101 and Local Registration Number 3201036006094, the defendant is deceased.

///

///

CONCLUSION

WHEREFORE, based upon the foregoing and good cause appearing therefore, this case should be dismissed.

DATED this 18th day of July, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm
J. GREGORY DAMM
Assistant United States Attorney

**IT IS SO ORDERED** this 19th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge